**APLDIST, CONVERTED**

# U.S. Bankruptcy Court
## District of New Hampshire Live Database (Concord)
## Bankruptcy Petition #: 21−10712−BAH

| | |
|---|---|
| *Assigned to:* Chief Judge Bruce A. Harwood | *Date filed:* 12/17/2021 |
| Chapter 13 | *Date converted:* 03/09/2022 |
| Previous chapter 7 | *341 meeting:* 01/25/2022 |
| Original chapter 7 | *Deadline for filing claims:* 05/18/2022 |
| Voluntary | *Deadline for filing claims (govt.):* 09/06/2022 |
| Asset | |

*Debtor*
**Katherine R. Brady**
27 Pinewood Drive
MERRIMACK, NH 03054
HILLSBOROUGH−NH
SSN / ITIN: xxx−xx−6991
*fka* Katherine Rose Mirra

represented by **Leonard G. Deming, II**
Deming Law Office
491 Amherst St., Suite 22
Nashua, NH 03063
(603) 882−2189
Fax : (603) 882−5707
Email: deminglaw@comcast.net

*Trustee*
**Edmond J. Ford**
Trustee
Ford, McDonald, McPartlin & Borden, P.A.
10 Pleasant St., Suite 400
Portsmouth, NH 03801
(603) 373−1737
*TERMINATED: 03/09/2022*

represented by **Edmond J. Ford**
Ford, McDonald, McPartlin & Borden, P.A.
10 Pleasant Street
Suite 400
Portsmouth, NH 03801−4551
(603) 373−1737
Fax : (603) 242−1381
Email: eford@fordlaw.com
*TERMINATED: 03/09/2022*

**Edmond J. Ford**
Trustee
Ford, McDonald, McPartlin & Borden, P.A.
10 Pleasant St., Suite 400
Portsmouth, NH 03801
(603) 373−1737
Fax : (603) 242−1381
Email: calendar@fordlaw.com
*TERMINATED: 03/09/2022*

**Richard K. McPartlin**
Ford, McDonald, McPartlin & Borden, P.A.
10 Pleasant Street
Suite 400
Portsmouth, NH 03801
603−373−1600
Fax : 603−242−1381
Email: rmcpartlin@fordlaw.com
*TERMINATED: 03/09/2022*

*Trustee*
**Lawrence P. Sumski**
Trustee
32 Daniel Webster Highway
Suite 15
Merrimack, NH 03054
603–626–8899

*U.S. Trustee*
**Office of the U.S. Trustee**
James C. Cleveland Building
53 Pleasant Street
Suite 2300
Concord, NH 03301
(603) 333–2777

| **Filing Date** | **#** | | **Docket Text** |
|---|---|---|---|
| 12/17/2021 | | 1 | Chapter 7 Voluntary Petition for Individuals . Fee Amount $338 Filed by Katherine R. Brady (Deming, Leonard) (Entered: 12/17/2021) |
| 12/17/2021 | | 2 | Certificate of Credit Counseling Filed by Debtor Katherine R. Brady (Deming, Leonard) (Entered: 12/17/2021) |
| 12/17/2021 | | 3 | Receipt of Voluntary Petition – Chapter 7( 21–10712) [misc,volp7] ( 338.00) filing fee. Receipt number A3956845, Fee amount $ 338.00. (re: Doc#1). (U.S. Treasury) (Entered: 12/17/2021) |
| 12/20/2021 | | 4 | Meeting of Creditors & Notice of Appointment of Interim Trustee Ford, Edmond J. with 341(a) meeting to be held on 1/25/2022 at 10:00 AM at Telephonic Meeting of Creditors. Financial Management Certification for Debtor due by 3/28/2022. Last day to oppose discharge or dischargeability is 3/28/2022. (AJTA) (Entered: 12/20/2021) |
| 12/22/2021 | | 5 | BNC Certificate of Notice – Meeting of Creditors. (RE: related document(s) 4 Meeting of Creditors – Chapter 7). No. of Notices: 9. Notice Date 12/22/2021. (Admin.) (Entered: 12/23/2021) |
| 01/02/2022 | | 6 | Notice of telephonic section 341 meeting of creditors call–in information. The meeting scheduled for 01/25/22 at 10:00 am will be telephonic. Dial into the meeting by calling (877) 783–7093. When prompted enter the participant code 2349629 followed by #. Attendees are instructed to call in at the listed time and not before and to disconnect the call after the meeting is concluded. Instructions for the debtor are attached. (Ford, Edmond) (Entered: 01/02/2022) |
| 01/06/2022 | | 7 | Financial Management Course Certificate Filed by Debtor Katherine R. Brady (RE: related document(s) 4 Meeting of Creditors – Chapter 7) (Deming, Leonard) (Entered: 01/06/2022) |
| 02/01/2022 | | 8 | Notice of Amendment to Schedule A/B,Schedule C,Summary of Assets and Liabilities, Filed by Debtor Katherine R. Brady (Attachments: # 1 Main Document Notice of Amendment of Schedules A and C # 2 Schedule Amended Schedules A and C # 3 Exhibit Amended Summary of Schedules and Liabilities) (Deming, Leonard) (Entered: 02/01/2022) |
| 02/03/2022 | | 9 | 341 Meeting of Creditors Held and Concluded. Debtor(s) sworn. Filed by Trustee Edmond J. Ford (RE: related document(s) 4 Meeting of Creditors |

| | | | |
|---|---|---|---|
| | | | – Chapter 7) (Ford, Edmond) (Entered: 02/03/2022) |
| 02/03/2022 | | 10 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Conducted or filed a document required by rule or statute related to a meeting of creditors required by 11 U.S.C. Section 341. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 2/3/2022). Filed by Trustee Edmond J. Ford (RE: related document(s) 9 341 Meeting of Creditors Held filed by Trustee Edmond J. Ford) (Ford, Edmond) (Entered: 02/03/2022) |
| 02/03/2022 | | 11 | Trustee's Notification of Asset Recovery and Request to Set Proof of Claim Deadline Filed by Trustee Edmond J. Ford Proof of Claims due by 05/4/2022, (Ford, Edmond) (Entered: 02/03/2022) |
| 02/04/2022 | | 12 | Notice of Appearance and Request for Notice by Edmond J. Ford Filed by Trustee Edmond J. Ford (Ford, Edmond) (Entered: 02/04/2022) |
| 02/04/2022 | | 13 | Application to Employ Richard K. McPartlin of Ford, McDonald, McPartlin & Borden, P.A. as Attorney Filed by Trustee Edmond J. Ford (Attachments: # 1 Affidavit Rule 2014 Statement of Richard K. McPartlin # 2 Proposed Order) (McPartlin, Richard) (Entered: 02/04/2022) |
| 02/07/2022 | | 14 | Order Granting Application to Employ Ford, McDonald, McPartlin & Borden, P.A. (Related Doc # 13) Signed on 2/7/2022. (So ordered by Judge Bruce A. Harwood ) (amw) (Entered: 02/07/2022) |
| 02/09/2022 | | 15 | Ex Parte Motion to Convert Case to Chapter 13 Filed by Debtor Katherine R. Brady (Attachments: # 1 Exhibit Notice of Voluntary Conversion to Chapter 13 # 2 Proposed Order) (Deming, Leonard) (Entered: 02/09/2022) |
| 02/09/2022 | | 16 | BNC Certificate of Notice. (RE: related document(s) 11 Trustee's Notice of Assets and Request for Claims Bar Date filed by Trustee Edmond J. Ford). No. of Notices: 9. Notice Date 02/09/2022. (Admin.) (Entered: 02/10/2022) |
| 02/09/2022 | | 17 | BNC Certificate of Notice – PDF Document. (RE: related document(s) 14 Order on Application to Employ). No. of Notices: 1. Notice Date 02/09/2022. (Admin.) (Entered: 02/10/2022) |
| 02/10/2022 | | 18 | Notice of Hearing *on Motion to Convert Case to Chapter 13* Filed by Debtor Katherine R. Brady (RE: related document(s) 15 Motion to Convert Case to Chapter 13 filed by Debtor Katherine R. Brady) Hearing scheduled for 3/9/2022 at 09:00 AM at Courtroom A. (Attachments: # 1 List/Matrix of Parties Served) (Deming, Leonard) (Entered: 02/10/2022) |
| 02/18/2022 | | 19 | Objection to Homestead Exemption Filed by Trustee Edmond J. Ford Hearing scheduled for 3/23/2022 at 09:00 AM at Courtroom A. (Attachments: # 1 Proposed Order # 2 Notice of Hearing # 3 List/Matrix of Parties Served) (McPartlin, Richard) (Entered: 02/18/2022) |
| 02/18/2022 | | 20 | Amended Notice of Hearing Filed by Trustee Edmond J. Ford (RE: related document(s) 19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford) (Attachments: # 1 List/Matrix of Parties Served) (McPartlin, Richard) (Entered: 02/18/2022) |
| 02/24/2022 | | 21 | Disclosure of Compensation of Attorney for Debtor *Supplemental* Filed by Debtor's Attorney Deming Law Office (Deming, Leonard) (Entered: |

| | | | |
|---|---|---|---|
| | | | 02/24/2022) |
| 03/01/2022 | | 22 | Pursuant to the Courts Fifteenth General Order dated February 22, 2022, the hearing scheduled for March 9, 2022 at 9:00 AM will be telephonic. (RE: related document(s)15 Motion to Convert Case to Chapter 13 filed by Debtor Katherine R. Brady). (amw) (Entered: 03/01/2022) |
| 03/03/2022 | | 23 | BNC Certificate of Notice – Hearing. (RE: related document(s) 22 Notice to all Creditors and Parties). No. of Notices: 9. Notice Date 03/03/2022. (Admin.) (Entered: 03/04/2022) |
| 03/08/2022 | | 24 | **Stricken Per Order Entered March 8, 2022** Pursuant to the Courts Fifteenth General Order dated February 22, 2022, the hearing scheduled for March 23, 2022 at 9:00 AM will be telephonic. (RE: related document(s)19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford). (amw) Modified on 3/8/2022 Document Incomplete or Unreadable (amw). (Entered: 03/08/2022) |
| 03/08/2022 | | 25 | Order Striking Notice of Telephonic Hearing (Court Doc. No. 24). The document filed is stricken as being incomplete or unreadable. Signed on 3/8/2022 (RE: related document(s) 24 Notice to all Creditors and Parties) (So ordered by Judge Bruce A. Harwood )(amw) (Entered: 03/08/2022) |
| 03/08/2022 | | 26 | Pursuant to the Courts Fifteenth General Order dated February 22, 2022, the hearing scheduled for March 23, 2022 at 9:00 AM will be telephonic. (RE: related document(s)19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford). (amw) (Entered: 03/08/2022) |
| 03/09/2022 | | 27 | Order On Motion to Convert Case to Chapter 13 (Related Doc # 15) Signed on 3/9/2022. Government Proof of Claim due by 9/6/2022. (So ordered by Judge Bruce A. Harwood ) (pptak) (Entered: 03/09/2022) |
| 03/09/2022 | | | Plan Deadline Updated (RE: related document(s)27 Order on Motion to Convert Case To Chapter 13). Chapter 13 Plan due by 3/23/2022. (pptak) (Entered: 03/09/2022) |
| 03/09/2022 | | 28 | Amended Meeting of Creditors & Notice of Appointment of Trustee. 341(a) meeting to be held on 4/18/2022 at 09:30 AM at Telephonic Meeting of Creditors. Last day to oppose discharge or dischargeability is 6/17/2022. Proofs of Claims due by 5/18/2022. Confirmation hearing to be held on 5/13/2022 at 09:00 AM at Courtroom A. Last day to Object to Confirmation 4/29/2022.Conversion. (pptak) (Entered: 03/09/2022) |
| 03/09/2022 | | 29 | Notice Upon Conversion From Chapter 7 to Chapter 13. Chapter 13 Plan due by 3/23/2022. (pptak) (Entered: 03/09/2022) |
| 03/10/2022 | | 30 | Application for Administrative Expenses in the amount of $2560.52. Filed by Trustee Attorney Ford, McDonald, McPartlin & Borden, P.A. Hearing scheduled for 4/20/2022 at 09:00 AM at Courtroom A. (Attachments: # 1 Fee Annex – Final Request # 2 Exhibit – Detail of time & expenses # 3 Notice of Hearing # 4 Proposed Order) (McPartlin, Richard) (Entered: 03/10/2022) |
| 03/10/2022 | | 31 | BNC Certificate of Notice – Hearing. (RE: related document(s) 26 Notice to all Creditors and Parties). No. of Notices: 9. Notice Date 03/10/2022. (Admin.) (Entered: 03/11/2022) |
| 03/11/2022 | | 32 | |

| | | | |
|---|---|---|---|
| | | | BNC Certificate of Notice. (RE: related document(s) 29 Notice Upon Conversion). No. of Notices: 9. Notice Date 03/11/2022. (Admin.) (Entered: 03/12/2022) |
| 03/11/2022 | | 33 | BNC Certificate of Notice – Meeting of Creditors. (RE: related document(s) 28 Meeting of Creditors – Chapter 13). No. of Notices: 10. Notice Date 03/11/2022. (Admin.) (Entered: 03/12/2022) |
| 03/11/2022 | | 34 | BNC Certificate of Notice – PDF Document. (RE: related document(s) 27 Order on Motion to Convert Case To Chapter 13). No. of Notices: 1. Notice Date 03/11/2022. (Admin.) (Entered: 03/12/2022) |
| 03/16/2022 | | 35 | Objection *to Trustee's Objection to Debtor's Homestead Exemption* Filed by Debtor Katherine R. Brady (RE: related document(s) 19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford) (Attachments: # 1 Exhibit Memorandum of Law in Support of Debtor's Objection to Trustee's Objection) (Deming, Leonard) (Entered: 03/16/2022) |
| 03/18/2022 | | 36 | Hearing Set On Objection to Homestead Exemption (RE: related document(s)19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford). Hearing scheduled for 3/23/2022 at 09:00 AM at Courtroom A. (amw) (Entered: 03/18/2022) |
| 03/21/2022 | | 37 | Chapter 7 Trustee's Report Upon Conversion of Case Filed by Trustee Edmond J. Ford (Ford, Edmond) (Entered: 03/21/2022) |
| 03/22/2022 | | 38 | Ex Parte Motion to Extend Time to File Chapter 13 Plan to April 11, 2022 *and Other Documents as Required* Filed by Debtor Katherine R. Brady (RE: related document(s) 29 Notice Upon Conversion) (Attachments: # 1 Proposed Order) (Deming, Leonard) (Entered: 03/22/2022) |
| 03/23/2022 | | 39 | Order Granting Motion to Extend Time to File Chapter 13 Plan (related document(s): 29 Notice Upon Conversion, 38 Motion to Extend Time (BK) filed by Debtor Katherine R. Brady) Deadline extended to 4/11/2022. Signed on 3/23/2022. Chapter 13 Plan due by 4/11/2022. (So ordered by Judge Bruce A. Harwood ) (amw) (Entered: 03/23/2022) |
| 03/23/2022 | | 40 | Order to Continue/Schedule Hearing. See order for specific details. Signed on 3/23/2022 (RE: related document(s) 19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford) Hearing scheduled for 5/20/2022 at 09:00 AM at Courtroom A. (So ordered by Judge Bruce A. Harwood )(amw) (Entered: 03/23/2022) |
| 03/25/2022 | | 41 | BNC Certificate of Notice – PDF Document. (RE: related document(s) 40 Order to Continue/Schedule Hearing). No. of Notices: 7. Notice Date 03/25/2022. (Admin.) (Entered: 03/26/2022) |
| 03/25/2022 | | 42 | BNC Certificate of Notice – PDF Document. (RE: related document(s) 39 Order on Motion to Extend Time (BK)). No. of Notices: 1. Notice Date 03/25/2022. (Admin.) (Entered: 03/26/2022) |
| 04/01/2022 | | 43 | Response Filed by Trustee Lawrence P. Sumski (RE: related document(s) 19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford, 40 Order to Continue/Schedule Hearing) (Sumski3, Lawrence) (Entered: 04/01/2022) |
| 04/01/2022 | | 44 | Response/Statement of Facts Filed by Trustee Lawrence P. Sumski (RE: related document(s) 19 Objection to Homestead Exemption filed by |

| | | | |
|---|---|---|---|
| | | | Trustee Edmond J. Ford, 40 Order to Continue/Schedule Hearing) (Sumski3, Lawrence) Modified on 4/4/2022 to correct docket text (amw). (Entered: 04/01/2022) |
| 04/01/2022 | | 45 | Notice of Amendment to Schedule D,Summary of Assets and Liabilities, Fee Amount $ 32 Filed by Debtor Katherine R. Brady (Attachments: # 1 Main Document Notice of Amendment to Schedule D # 2 List/Matrix of Parties Served # 3 Exhibit Amended Schedule D # 4 Exhibit Amended Summary of Schedules # 5 Exhibit Notice to Added Creditors # 6 Certificate of Service # 7 Exhibit Notice of Bankruptcy Doc #28) (Deming, Leonard) (Entered: 04/01/2022) |
| 04/01/2022 | | 46 | Receipt of Notice of Amendment to Petition/Schedules/Statements/List( 21−10712−BAH) [misc,amdschd] ( 32.00) filing fee. Receipt number A3989279, Fee amount $ 32.00. (re: Doc#45). (U.S. Treasury) (Entered: 04/01/2022) |
| 04/05/2022 | | 47 | Objection *to Debtor's Amended Schedule D* Filed by Trustee Lawrence P. Sumski (RE: related document(s) 45 Notice of Amendment to Petition/Schedules/Statements/List filed by Debtor Katherine R. Brady) (Attachments: # 1 Certificate of Service # 2 Notice of Hearing # 3 Proposed Order # 4 List/Matrix of Parties Served) (Sumski, Lawrence) (Entered: 04/05/2022) |
| 04/05/2022 | | 48 | Hearing Set On Objection to Debtor's Amended Schedule D (RE: related document(s)47 Objection filed by Trustee Lawrence P. Sumski). Hearing scheduled for 5/20/2022 at 09:00 AM at Courtroom A. (amw) (Entered: 04/05/2022) |
| 04/05/2022 | | 49 | Pursuant to the Courts Fifteenth General Order dated February 22, 2022, the hearing scheduled for April 20, 2022 at 9:00 AM will be telephonic. (RE: related document(s)30 Application for Administrative Expenses filed by Trustee Attorney Ford, McDonald, McPartlin & Borden, P.A.). (amw) (Entered: 04/05/2022) |
| 04/07/2022 | | 50 | Chapter 7 Trustee's Report of No Distribution: I, Edmond J. Ford, having been appointed trustee of the estate of the above−named debtor(s), report that this case was dismissed or converted. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above−named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned(without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment(without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Trustee Edmond J. Ford (Ford, Edmond) (Entered: 04/07/2022) |
| 04/07/2022 | | 51 | BNC Certificate of Notice – Hearing. (RE: related document(s) 49 Notice to all Creditors and Parties). No. of Notices: 8. Notice Date 04/07/2022. (Admin.) (Entered: 04/08/2022) |
| 04/10/2022 | | 52 | Chapter 13 Plan *Dated April 5, 2022* Filed by Debtor Katherine R. Brady (RE: related document(s) 39 Order on Motion to Extend Time (BK)) Confirmation hearing to be held on 7/8/2022 at 09:00 AM at Courtroom A. Last day to Object to Confirmation 6/24/2022. (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Notice of Hearing # 2 List/Matrix of Parties Served)(Deming, Leonard) (Entered: 04/10/2022) |
| 04/11/2022 | | 53 | Notice of telephonic section 341 meeting of creditors call–in information. The meeting scheduled for April 18, 2022 at 9:30 a.m. will be telephonic. Dial into the meeting by calling 877–718–7132. When prompted enter the participant code 1407074 followed by #. Attendees are instructed to call in at the listed time and not before and to disconnect the call after the meeting is concluded. Instructions for the debtor are attached. (Sumski, Lawrence) (Entered: 04/11/2022) |
| 04/18/2022 | | 54 | Notice of Amendment to Schedule I, J,Form 122 Statement of Monthly Income,Summary of Assets and Liabilities, Filed by Debtor Katherine R. Brady (Attachments: # 1 Main Document Notice of Amendment to Schedules # 2 Exhibit Amended Schedule I and Form 122C # 3 Exhibit Amended Summary of Schedules) (Deming, Leonard) (Entered: 04/18/2022) |
| 04/19/2022 | | 55 | Trustee's Findings from Meeting of Creditors . (Sumski, Lawrence) (Entered: 04/19/2022) |
| 04/19/2022 | | 56 | Brief *of Chapter 13 Trustee* Filed by Trustee Lawrence P. Sumski (RE: related document(s) 40 Order to Continue/Schedule Hearing, 19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford.) (Sumski3, Lawrence). Modified on 4/19/2022 to add link to Doc. No. 19 (amw). (Entered: 04/19/2022) |
| 04/19/2022 | | 57 | 341 Meeting of Creditors Held and Concluded. Debtor(s) sworn. *Debtor appeared.* (Sumski, Lawrence) (Entered: 04/19/2022) |
| 04/20/2022 | | 58 | Order Granting Application For Administrative Expenses (Related Doc # 30) Signed on 4/20/2022. (So ordered by Judge Bruce A. Harwood ) (amw) (Entered: 04/20/2022) |
| 04/22/2022 | | 59 | BNC Certificate of Notice – PDF Document. (RE: related document(s) 58 Order on Application for Administrative Expenses). No. of Notices: 1. Notice Date 04/22/2022. (Admin.) (Entered: 04/23/2022) |
| 05/02/2022 | | 60 | Memorandum of Law *on Trustee's Objection to Debtor's Amendment of Schedule D and Reply Memorandum on Trustee's Objection to Spousal Homestead Exemption* Filed by Debtor Katherine R. Brady (RE: related document(s) 8 Notice of Amendment to Petition/Schedules/Statements/List filed by Debtor Katherine R. Brady, 19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford, 35 Objection filed by Debtor Katherine R. Brady, 45 Notice of Amendment to Petition/Schedules/Statements/List filed by Debtor Katherine R. Brady, 47 Objection filed by Trustee Lawrence P. Sumski, 48 Hearing Scheduled (BK)) (Deming, Leonard) (Entered: 05/02/2022) |
| 05/03/2022 | | 61 | Notice of Appearance and Request for Notice *with Certificate of Service* by Richard T. Mulligan Filed by Creditor U.S. Bank National Association (Mulligan, Richard) (Entered: 05/03/2022) |
| 05/04/2022 | | 62 | Pursuant to the Courts Fifteenth General Order dated February 22, 2022, the hearing scheduled for May 20, 2022 at 9:00 AM will be telephonic. (RE: related document(s)19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford, 47 Objection filed by Trustee Lawrence P. Sumski). (amw) (Entered: 05/04/2022) |

| Date | | Doc # | Description |
|---|---|---|---|
| 05/06/2022 | | 63 | BNC Certificate of Notice – Hearing. (RE: related document(s) 62 Notice to all Creditors and Parties). No. of Notices: 8. Notice Date 05/06/2022. (Admin.) (Entered: 05/07/2022) |
| 05/20/2022 | | 64 | Order Taking Under Advisement Objection to Homestead Exemption, Objection to Debtors Amended Schedule D Signed on 5/20/2022 (RE: related document(s) 19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford, 47 Objection filed by Trustee Lawrence P. Sumski) (So ordered by Judge Bruce A. Harwood )(amw) (Entered: 05/20/2022) |
| 05/22/2022 | | 65 | BNC Certificate of Notice – PDF Document. (RE: related document(s) 64 Order). No. of Notices: 1. Notice Date 05/22/2022. (Admin.) (Entered: 05/23/2022) |
| 05/25/2022 | | 66 | Objection to Confirmation of Plan Filed by Trustee Attorney Ford, McDonald, McPartlin & Borden, P.A. (RE: related document(s) 52 Chapter 13 Plan filed by Debtor Katherine R. Brady) (Ford, Edmond) (Entered: 05/25/2022) |
| 05/25/2022 | | 67 | Notice of Withdrawal of Document. *(due to caption error)* Filed by Trustee Attorney Ford, McDonald, McPartlin & Borden, P.A. (RE: related document(s) 66 Objection to Confirmation of the Plan filed by Trustee Attorney Ford, McDonald, McPartlin & Borden, P.A.) (McPartlin, Richard) (Entered: 05/25/2022) |
| 05/25/2022 | | 68 | Objection to Confirmation of Plan Filed by Trustee Attorney Ford, McDonald, McPartlin & Borden, P.A. (RE: related document(s) 52 Chapter 13 Plan filed by Debtor Katherine R. Brady) (McPartlin, Richard) (Entered: 05/25/2022) |
| 05/31/2022 | | 69 | Motion to Convert Chapter 13 Case to Chapter 7 Receipt Number NFR–Waiver,. Fee Amount $ 25. Filed by Trustee Lawrence P. Sumski Hearing scheduled for 7/8/2022 at 09:00 AM at Courtroom A. (Attachments: # 1 Certificate of Service # 2 Notice of Hearing # 3 List/Matrix of Parties Served # 4 Proposed Order # 5 Fee Waiver) (Sumski5, Lawrence) (Entered: 05/31/2022) |
| 06/03/2022 | | 70 | Memorandum Opinion issued by Chief Judge Bruce A. Harwood Sustaining Objection to Homestead Exemption, Objection to Debtor's Amended Schedule D. Signed on 6/3/2022 (RE: related document(s) 19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford, 47 Objection filed by Trustee Lawrence P. Sumski) (So ordered by Judge Bruce A. Harwood )(amw) (Entered: 06/03/2022) |
| 06/03/2022 | | 71 | Order Sustaining Objection to Homestead Exemption, Objection to Debtor's Amended Schedule D Signed on 6/3/2022 (RE: related document(s) 19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford, 47 Objection filed by Trustee Lawrence P. Sumski) (So ordered by Judge Bruce A. Harwood )(amw) (Entered: 06/03/2022) |
| 06/05/2022 | | 72 | BNC Certificate of Notice – PDF Document. (RE: related document(s) 70 Memorandum Opinion). No. of Notices: 1. Notice Date 06/05/2022. (Admin.) (Entered: 06/06/2022) |
| 06/05/2022 | | 73 | BNC Certificate of Notice – PDF Document. (RE: related document(s) 71 Order). No. of Notices: 1. Notice Date 06/05/2022. (Admin.) (Entered: 06/06/2022) |

| | | | |
|---|---|---|---|
| 06/17/2022 | | 74 | Motion to Reconsider *to Alter or Amend Judgment and/or Grant Relief From Order* Filed by Debtor Katherine R. Brady (RE: related document(s) 70 Memorandum Opinion, 71 Order) Hearing scheduled for 8/3/2022 at 11:00 AM at Courtroom A. (Attachments: # 1 Exhibit Memorandum of Law # 2 Exhibit Exhibit A to Memo–Roy RCSC Decision # 3 Exhibit Exhibit B to Memo–RSA 480:3 # 4 Exhibit Exhibit C to Memo–Legislative History # 5 Exhibit Exhibit D to Memo–Plain Language HB 63–FN # 6 Exhibit Exhibit E to Memo–Senate Journal # 7 Exhibit Exhibit F to Memo–NH Laws 1983 230:15 # 8 Notice of Hearing # 9 Proposed Order) (Deming, Leonard) (Entered: 06/17/2022) |
| 06/21/2022 | | 75 | Response Filed by Trustee Lawrence P. Sumski (RE: related document(s) 74 Motion to Reconsider filed by Debtor Katherine R. Brady) (Sumski3, Lawrence) (Entered: 06/21/2022) |
| 06/22/2022 | | 76 | Pursuant to the Courts Fifteenth General Order dated February 22, 2022, the hearing scheduled for July 8, 2022 at 9:00 a.m. will be telephonic. (RE: related document(s)52 Chapter 13 Plan filed by Debtor Katherine R. Brady, 69 Motion to Convert Chapter 13 Case to Chapter 7 filed by Trustee Lawrence P. Sumski). (pptak) (Entered: 06/22/2022) |
| 06/24/2022 | | 77 | BNC Certificate of Notice – Hearing. (RE: related document(s) 76 Notice to all Creditors and Parties). No. of Notices: 8. Notice Date 06/24/2022. (Admin.) (Entered: 06/25/2022) |
| 06/30/2022 | | 78 | Objection *to Motion to Convert Case to Chapter 7* Filed by Debtor Katherine R. Brady (RE: related document(s) 69 Motion to Convert Chapter 13 Case to Chapter 7 filed by Trustee Lawrence P. Sumski) (Deming, Leonard) (Entered: 06/30/2022) |
| 07/01/2022 | | 79 | Ex Parte Application to Employ Debora Cote of Keller Williams Coastal And Lakes & Mountains Realty as Real Estate Broker Filed by Debtor Katherine R. Brady Hearing scheduled for 8/3/2022 at 11:00 AM at Courtroom A. (Attachments: # 1 Exhibit Rule 2014 Declaration of Debora Cote # 2 Exhibit Listing Agreement # 3 Notice of Hearing # 4 List/Matrix of Parties Served # 5 Proposed Order) (Deming, Leonard) (Entered: 07/01/2022) |
| 07/06/2022 | | 80 | Amended Application to Employ Debora Cote of Keller Williams Coastal And Lakes & Mountains Realty as Real Estate Broker Filed by Debtor Katherine R. Brady Hearing scheduled for 8/3/2022 at 11:00 AM at Courtroom A. (Attachments: # 1 Exhibit Listing Agreement # 2 Exhibit Rule 2014 Declaration # 3 Notice of Hearing # 4 List/Matrix of Parties Served # 5 Proposed Order) (Deming, Leonard) (Entered: 07/06/2022) |
| 07/07/2022 | | 81 | Order Denying Motion To Reconsider (Related Doc # 74) Signed on 7/7/2022. (So ordered by Judge Bruce A. Harwood ) (amw) (Entered: 07/07/2022) |
| 07/08/2022 | | 82 | Order to Continue/Schedule Hearing Signed on 7/8/2022 (RE: related document(s) 52 Chapter 13 Plan filed by Debtor Katherine R. Brady, 69 Motion to Convert Chapter 13 Case to Chapter 7 filed by Trustee Lawrence P. Sumski) Hearing scheduled for 9/16/2022 at 09:00 AM at Courtroom A. (So ordered by Judge Bruce A. Harwood )(amw) (Entered: 07/08/2022) |
| 07/08/2022 | | 83 | Confirmation Hearing Set (RE: related document(s)52 Chapter 13 Plan filed by Debtor Katherine R. Brady). Confirmation hearing to be held on 9/16/2022 at 09:00 AM at Courtroom A. (amw) (Entered: 07/08/2022) |

| | | | |
|---|---|---|---|
| 07/09/2022 | | 84 | BNC Certificate of Notice – PDF Document. (RE: related document(s) 81 Order on Motion To Reconsider). No. of Notices: 8. Notice Date 07/09/2022. (Admin.) (Entered: 07/10/2022) |
| 07/10/2022 | | 85 | BNC Certificate of Notice – PDF Document. (RE: related document(s) 82 Order to Continue/Schedule Hearing). No. of Notices: 6. Notice Date 07/10/2022. (Admin.) (Entered: 07/11/2022) |
| 07/11/2022 | | 86 | Ex Parte Motion to Expedite Hearing *on Application to Hire Professional Person* Filed by Debtor Katherine R. Brady (RE: related document(s) 80 Application to Employ filed by Debtor Katherine R. Brady) (Attachments: # 1 Affidavit Affidavit of Katherine Brady # 2 Proposed Order) (Deming, Leonard) (Entered: 07/11/2022) |
| 07/12/2022 | | 87 | Order Granting Application to Employ Keller Williams Coastal and Lakes & Mountains Realty (Related Doc # 80), Denying Motion to Expedite Hearing as Moot (related document(s): 86 Motion to Expedite Hearing (BK) filed by Debtor Katherine R. Brady) Signed on 7/12/2022. (So ordered by Judge Bruce A. Harwood ) (jel) (Entered: 07/12/2022) |
| 07/12/2022 | | 88 | First Amended Chapter 13 Plan dated July 12, 2022 Filed by Debtor Katherine R. Brady (RE: related document(s) 52 Chapter 13 Plan filed by Debtor Katherine R. Brady) Confirmation hearing to be held on 9/16/2022 at 09:00 AM at Courtroom A. Last day to Object to Confirmation 9/2/2022. (Attachments: # 1 Notice of Hearing # 2 List/Matrix of Parties Served)(Deming, Leonard) (Entered: 07/12/2022) |
| 07/14/2022 | | 89 | BNC Certificate of Notice – PDF Document. (RE: related document(s) 87 Order on Application to Employ). No. of Notices: 3. Notice Date 07/14/2022. (Admin.) (Entered: 07/15/2022) |
| 07/19/2022 | | 90 | Notice of Appeal and Statement of Election to District Court. Fee Amount $298 Filed by Debtor Katherine R. Brady (RE: related document(s) 70 Memorandum Opinion, 71 Order, 81 Order on Motion To Reconsider) (Deming, Leonard) (Entered: 07/19/2022) |
| 07/19/2022 | | 91 | Receipt of Notice of Appeal and Statement of Election( 21–10712–BAH) [appeal,ntcaplel] ( 298.00) filing fee. Receipt number A4020975, Fee amount $ 298.00. (re: Doc#90). (U.S. Treasury) (Entered: 07/19/2022) |
| 07/19/2022 | | 92 | Court's Certificate of Mailing of Appeal. Date copies electronically mailed: July 19, 2022 Copies electronically mailed to: atty Leonard G. Deming II, Lawrence Sumski, Trustee, Office of the U.S. Trustee. Date copies mailed by U.S. Mail: July 19, 2022 Copies mailed by U.S. Mail to: Katherine R. Brady (RE: related document(s)90 Notice of Appeal and Statement of Election filed by Debtor Katherine R. Brady). (amw) (Entered: 07/19/2022) |
| 07/19/2022 | | 93 | Transmittal of Appeal to District Court (RE: related document(s)90 Notice of Appeal and Statement of Election filed by Debtor Katherine R. Brady). (amw) (Entered: 07/19/2022) |
| 07/19/2022 | | 94 | Notice to Appellant re: Notice of Appeal. The following items should be filed on or before August 2, 2022. (1) Designation of Items on Appeal, (2) Statement of Issues and (3) Written Notice a Transcript has been Ordered or a Certificate Stating No Transcript is Being Ordered. (RE: related document(s)90 Notice of Appeal and Statement of Election filed by Debtor Katherine R. Brady). (amw) (Entered: 07/19/2022) |

| Date | | Doc # | Description |
|---|---|---|---|
| 07/21/2022 | | 95 | BNC Certificate of Notice. (RE: related document(s) 94 Notice to Appellant re: Appeal). No. of Notices: 2. Notice Date 07/21/2022. (Admin.) (Entered: 07/22/2022) |
| 07/22/2022 | | 96 | Objection to Confirmation of Plan *with Certificate of Service* Filed by Creditor U.S. Bank National Association (RE: related document(s) 88 Amended Chapter 13 Plan filed by Debtor Katherine R. Brady) (Mulligan, Richard) (Entered: 07/22/2022) |
| 07/22/2022 | | 97 | Notice of Docketing Record on Appeal to District Court. Case Number Assigned: 1:22–cv–00272–JL (RE: related document(s)90 Notice of Appeal and Statement of Election filed by Debtor Katherine R. Brady). (amw) (Entered: 07/22/2022) |
| 07/25/2022 | | 98 | Disclosure of Compensation of Attorney for Debtor *Supplemental* Filed by Debtor's Attorney Deming Law Office (Deming, Leonard) (Entered: 07/25/2022) |
| 07/28/2022 | | 99 | Motion For Sale of Property under Section 363(b) Filed by Debtor Katherine R. Brady Hearing scheduled for 8/31/2022 at 09:00 AM at Courtroom A. (Attachments: # 1 Exhibit Exhibit: Purchase and Sales Agreement # 2 Notice of Hearing # 3 List/Matrix of Parties Served) (Deming, Leonard) (Entered: 07/28/2022) |
| 07/28/2022 | | 100 | Proposed Order *on Motion to Sell* Filed by Debtor Katherine R. Brady (RE: related document(s) 99 Motion for Sale of Property under Section 363(b) filed by Debtor Katherine R. Brady) (Deming, Leonard) (Entered: 07/28/2022) |
| 07/28/2022 | | 101 | Proposed Order *Amended* Filed by Debtor Katherine R. Brady (RE: related document(s) 99 Motion for Sale of Property under Section 363(b) filed by Debtor Katherine R. Brady) (Deming, Leonard) (Entered: 07/28/2022) |
| 07/28/2022 | | 102 | Acknowledgement of Request for Transcript of Testimony. Request was received by the Transcription Service on 7/27/2022. The Reporter Ruth Ann Hager of Cascade Hills Transcription, Inc. expects to have the transcript completed by 8/5/2022 (RE: related document(s)90 Notice of Appeal and Statement of Election filed by Debtor Katherine R. Brady). (twh) (Entered: 07/28/2022) |
| 07/29/2022 | | 103 | The official transcript re: Doc. No. 19 Objection to Homestead Exemption Filed by Trustee Edmond J. Ford; Doc. No. 47 Objection to Debtor's Amended Schedule D Filed by Trustee Lawrence P. Sumski heard on 5/20/2022 has been filed. Pursuant to Judicial Conference Policy electronic access to transcripts is restricted for 90 days from the date of filing. The transcript release date is 10/27/2022. The transcript is available for review at the Clerk's Office or a copy may be purchased from the transcriber. Parties have until 8/19/2022 to file a Request for Redaction. (RE: related document(s)19 Objection to Homestead Exemption filed by Trustee Edmond J. Ford, 47 Objection filed by Trustee Lawrence P. Sumski). Notice of Intent to Request Redaction Deadline Due by 8/5/2022. Redaction Request Due by 8/19/2022. Redacted Transcript Submission Due by 8/29/2022. Transcript access will be restricted through 10/27/2022. (twh) (Entered: 07/29/2022) |
| 07/29/2022 | | doc | Notice of Postpetition Mortgage Fees, Expenses, and Charges – Rule 3002.1 Claim # 6 with Certificate of Service. Filed by U.S. Bank National Association (4Bonial & Associates, PC) (Entered: 07/29/2022) |

| Date | | Doc # | Description |
|---|---|---|---|
| 07/31/2022 | | 104 | BNC Certificate of Notice. (RE: related document(s) 103 Transcript). No. of Notices: 2. Notice Date 07/31/2022. (Admin.) (Entered: 08/01/2022) |
| 08/01/2022 | | 105 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Debtor Katherine R. Brady (RE: related document(s) 90 Notice of Appeal and Statement of Election filed by Debtor Katherine R. Brady) Appellee designation due by 08/15/2022. Transmission of Designation due by 08/31/2022. (Deming, Leonard) (Entered: 08/01/2022) |
| 08/01/2022 | | 106 | Statement of Issues on Appeal Filed by Debtor Katherine R. Brady (RE: related document(s) 90 Notice of Appeal and Statement of Election filed by Debtor Katherine R. Brady, 105 Appellant Designation filed by Debtor Katherine R. Brady) (Deming, Leonard) (Entered: 08/01/2022) |
| 08/02/2022 | | 107 | Transcript Order placed for Hearing(s) held on May 20, 2022 as included in the Designation of Record on Appeal. Filed by Debtor Katherine R. Brady (RE: related document(s) 90 Notice of Appeal and Statement of Election filed by Debtor Katherine R. Brady) (Deming, Leonard) (Entered: 08/02/2022) |
| 08/02/2022 | | 108 | Supplemental Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Debtor Katherine R. Brady (RE: related document(s) 90 Notice of Appeal and Statement of Election filed by Debtor Katherine R. Brady, 105 Appellant Designation filed by Debtor Katherine R. Brady, 107 Transcript Ordered re: Appeal filed by Debtor Katherine R. Brady) Appellee designation due by 08/16/2022. Transmission of Designation due by 09/1/2022. (Deming, Leonard) (Entered: 08/02/2022) |
| 08/04/2022 | | 109 | Response Filed by Trustee Lawrence P. Sumski (RE: related document(s) 99 Motion for Sale of Property under Section 363(b) filed by Debtor Katherine R. Brady) (Sumski3, Lawrence) (Entered: 08/04/2022) |
| 08/04/2022 | | 110 | Reply *to Trustee's Response to Debtor's Motion to Sell Homestead Real Estate* Filed by Debtor Katherine R. Brady (RE: related document(s) 109 Response filed by Trustee Lawrence P. Sumski) (Deming, Leonard) (Entered: 08/04/2022) |
| 08/09/2022 | | 111 | Notice of Appellee Regarding Designation of Record on Appeal Filed by Trustee Lawrence P. Sumski (Sumski3, Lawrence) (Entered: 08/09/2022) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re: ) | |
| Katherine R. Brady, ) | Bk. No. 21-10712-BAH |
|     Debtor. ) | Chapter 13 |
| ) | |
| Katherine R. Brady, ) | |
|     Appellant, ) | |
| ) | |
| v. ) | U.S. District Court |
| ) | District of New Hampshire |
| ) | Appeal No. 1:22-cv-00272-JL |
| Lawrence P. Sumski, ) | |
|     Appellee. ) | |

**APPELLEE'S NOTICE REGARDING DESIGNATION OF RECORD ON APPEAL**

NOW COMES Lawrence P. Sumski, Appellee, pursuant to Rule 8009(a)(2), and hereby notifies the Court that no additional documents and items beyond those provided in the Appellant's Designation of Record will be included in the record.

Respectfully submitted,
LAWRENCE P. SUMSKI
TRUSTEE

*/s/ Lawrence P. Sumski*
Lawrence P. Sumski
32 Daniel Webster Highway
Suite 15
Merrimack, NH  03054
(603) 626-8899
BNH  #01460

CERTIFICATE OF SERVICE

I, Lawrence P. Sumski, hereby certify that on this the 8th day of August, 2022 I caused a copy of the foregoing Appellee's Notice Regarding Designation of Record on Appeal to be served electronically upon the following:

    Attorney Leonard Deming
    Attorney Edmond Ford
    Attorney Richard McPartlin
    U.S. Bank National Association
        c/o Attorney Richard Mulligan
    Office of the US Trustee

and by first class mail to Katherine R. Brady at 27 Pinewood Drive, Merrimack, NH 03054.

                                      */s/ Lawrence P. Sumski*
                                      Lawrence P. Sumski