UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Katherine R. Brandy</u>

    v.                              Case No. 22-cv-272-JL

<u>Lawrence P. Sumski</u>

<u>ORDER OF RECUSAL</u>

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

_____
Joseph N. LaPlante
United States District Judge

Date: September 20, 2022

cc:  Leonard G. Deming, II, Esq.
     Mary F. Stewart, Esq.