UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Katherine R. Brady

    v.                                  Case No. 22-cv-272-JL

Lawrence P. Sumski

ORDER OF RECUSAL

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

_____
Joseph N. LaPlante
United States District Judge

Date: September 20, 2022

cc: Leonard G. Deming, II, Esq.
    Mary F. Stewart, Esq.