```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE


Katherine R. Brady

    v.
                                          Case No. 22-cv-272-SM
Lawrence P. Sumski,
Chapter 13 Trustee
```

CLERK'S CERTIFICATION OF QUESTION
TO NEW HAMPSHIRE SUPREME COURT

I, Lianne Wagner, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the original of the certification order of the following are herewith transmitted to the New Hampshire Supreme Court to constitute the record pursuant to Rule 34:

DOCUMENT NUMBERED: 11

Also attached is a copy of the docket entries.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, January 12, 2023.

FCPKGN'L0N[ PEJ , Clerk

By: /s/ Lianne Wagner, Deputy Clerk

Jan 12, 2023

cc:   All Counsel of Record